AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Lafremia Powell, individually and on behalf of all others similarly situated | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00734 |
| Dollar Tree Stores, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Defendant Dollar Tree Stores, Inc.   .

Date:   06/19/2020

/s/ August T. Horvath
*Attorney's signature*

August T. Horvath AH-8776
*Printed name and bar number*
Foley Hoag LLP
1301 Avenue of the Americas, 25th floor
New York, NY 10019

*Address*

ahorvath@foleyhoag.com
*E-mail address*

(646) 927-5544
*Telephone number*

(646) 927-5599
*FAX number*